IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARVIE THOMAS,                  )
                               )
            Plaintiff,         )
                               )
      v.                       )    No. 06 C 2056
                               )
LT. WARD, et al.,              )
                               )
            Defendants.        )

MEMORANDUM ORDER

Lieutenant Anthony Ward and Sergeant Richard Clouse have filed their Answer to the 42 U.S.C. §1983 ("Section 1983") Complaint filed against them by Arvie Thomas ("Thomas").[1] In part that responsive pleading includes this Affirmative Defense ("AD") No. 2:

> Although Plaintiff filed a grievance regarding the incident of June 30, 2005, he did not appeal the Sheriff Department resolution of that grievance and therefore his claim is barred by the Prison Litigation Reform Act (42 U.S.C. 1997e) for failure to exhaust his administrative remedies.

Because that AD, if accurate, could prove fully dispositive of this action (remember that exhaustion of administrative remedies is a precondition to the institution of this type of Section 1983 action), Thomas' appointed counsel is ordered to file a response to that AD on or before August 18, 2006--that should allow ample time for counsel either (1) to confer with Thomas or (2) otherwise to investigate the underlying facts.

---

[1] Although Thomas was originally acting pro se, this Court has appointed counsel to represent him pro bono publico.

This Court will seek to address the issue promptly after receiving Thomas' responsive submission.

                    _____
                    Milton I. Shadur
                    Senior United States District Judge

Date:   July 31, 2006